UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CLOSED CIVIL CASE**

Case No. 08-61832-CIV-GRAHAM

ROSEANN VENDITTI,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion for Summary Judgment [D.E. 17] and the Defendant's Motion for Summary Judgment [D.E. 22].

**THE MATTER** was referred to the Honorable United States Magistrate Robert L. Dubé by Clerk's Order [D.E. 3]. The Magistrate Judge issued a Report recommending that the Plaintiff's motion be denied and the Defendant's motion be granted. Plaintiff has not filed any objections to the Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 23] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [D.E. 17] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 22] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Robert L. Dubé
      Counsel of Record